| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 1 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CHRISTOPHER A. O.,

    Plaintiff-Appellant,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant-Appellee.

No. 22-55360

D.C. No. 8:20-cv-01356-AS
Central District of California, Santa Ana

ORDER

Before: NGUYEN, COLLINS, and H.A. THOMAS, Circuit Judges.

Judge Nguyen and Judge H.A. Thomas have been drawn to replace Judge Kleinfeld and Judge Watford pursuant to Ninth Circuit General Order 3.2(h).

Submission is vacated pending further order of the Court.